```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
TAISHA PENA, YANEIRIS FERNANDEZ,                               :
JONATHAN DELGADO,                                              :
                                                               :
                                        Plaintiffs,            :   20-CV-2587 (VEC)
                                                               :
                -against-                                      :   ORDER
                                                               :
JARM COMMUNICATIONS INC., AHN                                  :
COMMUNICATIONS INC., HAJ                                       :
COMMUNICATIONS INC., JAH                                       :
COMMUNICATIONS INC., HECTOR                                    :
MORONTA,                                                       :
                                                               :
                                        Defendants.            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Plaintiffs filed this lawsuit on March 26, 2020, *see* Dkt. 1;

       WHEREAS Plaintiffs filed affidavits reflecting timely service of a summons and the Complaint on Defendants, *see* Dkts. 8-12;

       WHEREAS Defendants have failed to appear, answer, or otherwise respond to the Complaint by the June 12, 2020 deadline, *see* Fed. R. Civ. P. 12(a)(1)

       IT IS ORDERED that Plaintiffs must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases by not later than **July 24, 2020**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

**Date: July 2, 2020**
       **New York, NY**

                                                            _____
                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**