**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2020

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| NEIL H. GREENBERG, ESQ. | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | FRANCIS PENA |
| MELANIE LAZARUS, ESQ. | |

**Via: S.D.N.Y. ECF**                                                                                           July 21, 2020

Honorable Judge Valerie E. Caproni
United States District Judge
S.D.N.Y. | U.S.D.C.
40 Foley Sq., Courtroom 443
New York, New York 10007

    **Re:**    *Pena, et al. v. JARM Communications Inc., et al.*; 20-CV-2587 (VEC)

Honorable Judge Caproni,

My office represents the Plaintiffs in the above-referenced FLSA lawsuit. Please accept this correspondence as Plaintiffs' request to adjourn the deadline on which to file their Order to Show Cause seeking a default judgment against Defendants for their failure to Answer or otherwise appear in this action.

On July 2, 2020, as a result of their failure to Answer Plaintiffs' Complaint, the Court directed Plaintiffs to apply for a Default Judgment against Defendants. [D.E. 13]. Accordingly, on July 7, 2020, Plaintiffs requested and received Notices of Default from the Clerk of the Court. On July 8, 2020, the Notices of Default were served on Defendants.

Today, July 21, 2020, I received a call from an individual named Iris Jorge, who represented herself as Defendants' accountant. She informed me that the Individual Defendant, Mr. Hector Moronta, is currently looking for an attorney to represent him and the Corporate Defendants in this case but has been unsuccessful in finding one.

Given Defendants' attempt to find counsel and appear in this lawsuit, Plaintiffs have consented to a brief two-week adjournment to allow them to hire an attorney and defend this case on the merits. As such, Plaintiffs respectfully request an adjournment of their deadline to file their Order to Show Cause from July 24, 2020 to August 7, 2020.

Respectfully submitted,

*/s/ Keith*

Keith E. Williams, Esq.

cc: Iris Jorge, via email

**Application GRANTED.**

SO ORDERED.

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

7/22/2020

PHONE: 516.228.5100    FAX: 516.228.5106    INFO@NHGLAW.COM

WWW.NHGLAW.COM    WWW.NEWYORKOVERTIMELAW.COM