UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TAISHA PENA, YANEIRIS FERNANDEZ,              20-CV-2587 (VEC)
and JONATHAN DELGADO,

                              Plaintiffs,

    -against-

JARM COMMUNICATIONS INC.,
AHN COMMUNICATIONS INC.,
HAJ COMMUNICATIONS INC,
JAH COMMUNICATIONS INC.,
and HECTOR MORONTA,

                              Defendants.
-----------------------------------------------------------X

## MOTION FOR SETTLEMENT APPROVAL OF A
## FAIR LABOR STANDARDS ACT CASE [UNOPPOSED]

      Plaintiffs, TAISHA PENA, YANEIRIS FERNANDEZ, and JONATHAN DELGADO, by and through their counsel of record, moves this Honorable Court for an Order:

1. Approving the settlement of this action; and

2. Dismissing this action with prejudice.

      This motion is based on the accompanying Memorandum in Support and the Exhibits annexed thereto.

Dated: Massapequa, New York
       August 21, 2020

                                                  Respectfully submitted,

                                                  Keith E. Williams, Esq.
                                                  Neil H. Greenberg & Associates, P.C.
                                                  *Attorneys for the Plaintiffs*
                                                  4242 Merrick Road
                                                  Massapequa, New York 11758
                                                  Tel: 516.228.5100
                                                  keith@nhglaw.com